IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MOHSIN KHAN,<br>Defendant. | CASE NO. 1:26-CR-00159-KES-EPG<br><br>**ORDER UNSEALING INDICTMENT** |

The Indictment for above-captioned proceedings was previously partially unsealed in order to prevent the destruction of evidence and flight of the other defendant. Defendant Mohsin Khan was arrested today and is set to appear in court tomorrow, Wednesday, September 30, 2026, and therefore, the request to unseal the Indictment is needed to have the arraignment of the Indictment for him:

IT IS THEREFORE ORDERED that the Indictment filed in the above-entitled matter shall be unsealed and a copy of the Indictment shall be filed on the public docket.

IT IS SO ORDERED.

Dated: **September 29, 2026**

Erin Sung Castillo

UNITED STATES MAGISTRATE JUDGE